JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH JOHN KOZLOWSKI,           )   Case No. ED CV 15-2010 JCG
                     Plaintiff,  )   **JUDGMENT**
             v.                  )
                                 )
CAROLYN W. COLVIN,               )
COMMISSIONER OF SOCIAL           )
SECURITY,                        )
                     Defendant.  )

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED:  September 15, 2016

_____
            Hon. Jay C. Gandhi
       United States Magistrate Judge